# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>U. S. Postal Service Express Mail Parcel bearing tracking # EI710416832US to Minh Chau,14301 Chef Menteur Hwy., #B, New Orleans, LA 70129, from Hollywood, 2409 Grant St., #D, Houston, TX 77006 | )<br>)<br>)  Case No.  13-MC-5924<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
U. S. Postal Service Express Mail Parcel bearing tracking # EI710416832US to Minh Chau,14301 Chef Menteur Hwy., #B, New Orleans, LA 70129, from Hollywood, 2409 Grant St., #D, Houston, TX 77006.  The parcel is presently located at the New Orleans Postal Inspection Service Field Office, 701 Loyola Ave., New Orleans, LA  70113.

located in the _____Eastern_____ District of _____Louisiana_____, there is now concealed *(identify the person or describe the property to be seized)*:
Contraband, drugs, drug paraphernalia or proceeds of a violation of the Federal Controlled Substances Act;

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with intent to Distribute Controlled Substances |
| 21 U.S.C. § 846 | Conspiracy to Commit a Title 21 Offense |

The application is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Brian J. Cazalot, Sr., United States Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___09/25/2013___

_____
*Judge's signature*

City and state:  New Orleans, Louisiana

Honorable Daniel E. Knowles, III, U.S. Magistrate Judge
*Printed name and title*

# **AFFIDAVIT**

I, Brian J. Cazalot, Sr., being duly sworn, depose and state as follows:

1. I am a United States Postal Inspector assigned to the New Orleans field office. I have been so employed since May 2012. Prior to becoming a Postal Inspector, I was a State Police Officer in Florida for 6 years, and was also previously employed with U.S. Customs and Border Protection for 4 years. As part of my duties, I investigate the use of the United States Mail to transport non-mailable matter, including controlled substances (hereafter referred to as "drug" or "drugs") such as cocaine, heroin, steroids, marijuana, and methamphetamine. I have participated in investigations which have resulted in arrests of individuals who have received and distributed drugs, as well as seizures of drugs, drug paraphernalia, and drug proceeds. This Affidavit is made in support of an Application for a Search Warrant to search a United States Postal Service Express Mail Parcel bearing tracking number EI710416832US, described as follows:

| | |
|---|---|
| Sender: | Hollywood<br>2409 Grant St. # D<br>Houston, TX 77006 |
| Addressee: | Minh Chau<br>14301 Chef Menteur Hwy # B<br>New Orleans, LA 70129 |
| Office of Mailing: | Rosemead, CA<br>Postage – $43.90 |

2. Experience and drug trafficking intelligence have demonstrated that the United States Postal Service is frequently utilized by drug dealers for shipping illegal drugs and drug proceeds. The use of Express Mail is favored because of its reliability, speed, and tracking capability, as well as the perceived minimal chance drugs may be detected when shipped in this manner.

3. Through experience gained in drug investigations by Postal Inspectors and other law enforcement agents, and through information from individuals who have been involved in the distribution of drugs using the United States Mails, the U.S. Postal Inspection Service has established a drug profile consisting of characteristics frequently shared by packages containing drugs shipped through the U.S. Postal Service.

4. On Tuesday, September 24, 2013, your affiant was profiling Express Mail Parcels at the New Orleans Processing and Distribution Center located at 701 Loyola Ave., New Orleans, LA 70113. Inspector Cazalot came across an Express Mail Parcel bearing tracking number EI710416832US. Inspector Cazalot noticed the Express Mail Parcel was placed in the mail stream, and had a mailing zip code located in Rosemead, California, 91770, yet the handwritten label had a sender address of 2409 Grant St. #D, Houston, TX 77006.

5. On Tuesday, September 24, 2013, Inspector Cazalot conducted further investigation into the destination address and found that 14301 Chef Menteur Hwy. #B, New Orleans, LA 70129, does exist, and that the name Minh Chau is associated with the address. Inspector Cazalot discovered that the address is a place of business, Minh Chau Jewelry Inc., and upon a business search, via the Secretary of State website, Inspector Cazalot found that the business is not in good standing, and the last annual report filed

2

was in December of 2011. Inspector Cazalot then conducted further investigation into the return address and found that 2409 Grant St. #D, Houston, TX 77006, does exist, and that the name Hollywood is not associated with that address. Inspector Cazalot found that the name Tuyen Dang is associated with the address, and that Dang is employed by Hollywood Super Center, in Houston, TX.

6. It is the experience of your affiant, as well as many other law enforcement officers engaged in the investigation of drug offenses, that money representing proceeds of drugs and handled by drug dealers will retain traces of the drugs. Accordingly, in addition to drugs and drug paraphernalia, parcels mailed by drug dealers may contain currency/ proceeds with drug residue. The odor of the drugs on the currency/proceeds is often detectable by drug detection canines.

7. On Tuesday, September 24, 2013, the aforementioned subject parcel was exposed to a certified drug detection dog named "Coda" at the United States Postal Inspection Service, New Orleans Field Office. "Coda" is handled by Officer Lamont Dozier, U.S. Customs and Border Protection Canine Handler. Officer Dozier advised your affiant that "Coda" alerts to the presence of marijuana, cocaine, heroin, ecstasy, and methamphetamine. "Coda" was most recently certified as a drug detection dog in March 2013. "Coda" conducted an exterior examination of U. S. Postal Service Express Mail Parcel addressed to Minh Chau 14301 Chef Menteur Hwy #B, new Orleans, LA 70129 bearing tracking number EI710416832US. Officer Dozier advised your affiant that he is very familiar with "Coda's" actions and is certain that "Coda" alerted positive to the presence of drugs in the subject parcel at approximately 09:05 a.m.

3

8. Based upon the facts set forth in this Affidavit, your affiant submits that there is probable cause to believe that the aforementioned subject U.S. Postal Service Express Mail parcel bearing tracking number EI710416832US contains drugs, drug paraphernalia, and/or drug proceeds. Your affiant therefore seeks the issuance of a Search Warrant directing the seizure of this parcel and the search of the parcel and its contents for drugs, drug paraphernalia, drug proceeds, and any other evidence, fruits, instrumentalities or instrumentalities of conduct in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

Brian J. Cazalot Sr.
United States Postal Inspector

Subscribed and sworn to before me on
this 25 day of September, 2013,
New Orleans, Louisiana.

DANIEL E. KNOWLES, III
UNITED STATES MAGISTRATE JUDGE

4